*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Shariff J O'Grady ) Case No. 25–15198–djb
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C–2 Due 12/29/25
   Plan Due 12/29/25
   Schedules A/B Due 12/29/25
   Schedules C Due 12/29/25
   Schedules D Due 12/29/25
   Schedules E/F Due 12/29/25
   Schedules G Due 12/29/25
   Schedules H Due 12/29/25
   Schedules I Due 12/29/25
   Schedules J Due 12/29/25
   Statement of Attorney Compensation Due 12/29/25
   Statement of Current Monthly Income (122C–1) Due 12/29/25
   Statement of Financial Affairs Due 12/29/25
   Summary of Assets and Liabilities Due 12/29/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: December 23, 2025            By the Court

                                                                 Derek J Baker
                                                                  Judge, United States Bankruptcy Court